IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO.: 9:23cv80038

CHRISTOPHER MCWILLIAMS,

    Plaintiff,

-vs-

ECN (US) HOLDINGS CORP.,
ECN CAPITAL CORP.,
STEVEN K. HUDSON, and
MICHAEL MCCORMACK,

    Defendants,
_____/

## DEFENDANT'S NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** Defendants, ECN (US) Holdings Corp., ECN Capital Corp., Steven K. Hudson, and Michael McCormack hereby remove the action pending in the Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, as case number 2022CA012575XXXXMB, pursuant to 28 USC §1446(b)(3). The Circuit Court for the Florida Fifteenth Judicial Circuit is within the Southern District of Florida and also this division.

This Court has original jurisdiction over this action under 28 U.S.C. § 1331, on the grounds the several of Plaintiff's claims are premised on the Fair Labor

278938711v.1

Standards Act (29 U.S.C. 201, et seq.) and jurisdiction for the remaining counts is granted by 28 USC §1367.

This notice of removal is timely pursuant to 28 U.S.C. §1446(b). Plaintiff filed the attached Complaint, invoking the Fair Labor Standards Act on December 21, 2022, and the pleading was served on Mr. McCormack on or about January 9th, 2023. The defense is unaware of any other defendant being served as of yet; but nevertheless, service of process as to the remaining defendants has been waived. This notice of removal is hereby filed within the thirty-day deadline after service on the defendant. Copies of the process, pleadings, orders, and other papers or exhibits on file with the state court are attached as Exhibit "A" in accordance with 28 U.S.C. §1446(a), along with a [Federal] Civil Cover Sheet as Exhibit "B."

Contemporaneously with the filing of this notice of removal, the undersigned served a Notice of Filing Notice of Removal to Federal Court upon plaintiff as required by 28 U.S.C. §1446(d).

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

278938711v.1

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
100 SE 2nd Street, Suite 2100
Miami, FL 33131
Tel.    (305) 374-4400
Fax    (305) 579-0261
*Attorney for Defendants*


By: */s/ Sergio R. Casiano, Jr*
    Sergio R. Casiano, Jr.
    Florida Bar No.: 457302
    sergio.casiano@wilsonelser.com


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by email. Whereas, all participants not CM/ECF users were provided a true and correct copy of the foregoing by U.S. Mail, as indicated below.


By: */s/ Sergio R. Casiano, Jr*
    Sergio R. Casiano, Jr.
    Florida Bar No.: 457302

**SERVICE LIST**
Anisley Tarragona, Esq.
Jason D. Berkowitz, Esq.
BT Law Group, PLLC
3050 Biscayne Blvd, Suite 205
Miami, FL 33137
Tel. (305) 507-8506
anisley@btattorneys.com
jason@btattorneys.com
*Attorneys for Plaintiff*

3

278938711v.1