UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80038-CIV-CANNON/Reinhart

**CHRISTOPHER MCWILLIAMS**,

    Plaintiff,

v.

**ECN (US) HODINGS CORP., et al.**,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS [ECF No. 19]

**THIS CAUSE** comes before the Court upon Magistrate Judge Reinhart's Report and Recommendation on Motion to Tax Costs (the "Report") [ECF No. 88], issued on August 11, 2023.

***

On June 20, 2023, the Court accepted Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment [ECF No. 52] and granted Plaintiff's Motion for Entry of Judgment Against all Defendants as to Counts I–III of the Second Amended Complaint [ECF No. 53] [*See* ECF No. 67]. On June 20, 2023, the Court entered partial final judgment in favor of Plaintiff and against all Defendants as to Counts I–III of the Second Amended Complaint [ECF No. 68]. Subsequent to the Court's entry of partial final judgment, Plaintiff filed the Motion to Tax Costs (the "Motion"), seeking $1,219.19 in taxable costs [ECF No. 76 p. 3]. This Court referred the Motion to Magistrate Judge Bruce E. Reinhart for a report and recommendation [ECF No. 77]. Defendants filed a Response in Opposition to the Motion on August 3, 2023 [ECF No. 85]. Plaintiff filed a Reply [ECF No. 86]. On August 11, 2023, Judge Reinhart issued the Report, recommending that the

CASE NO. 23-80038-CIV-CANNON/Reinhart

Motion be granted in part and denied in part, and that Plaintiff be awarded $784.19 in total taxable costs [ECF No. 88 p. 9]. Objections to the Report were due on August 16, 2023 [ECF No. 88 p. 9]. Plaintiff filed Notice of Non-Objection to the Report, stating that while he did not agree with some of the findings in the Report, he did not intend to file objections [ECF No. 90 p.1]. Defendants have not filed objections to the Report, and the time to do so has expired [ECF No. 88 p. 9].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objection is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews de novo those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Upon review, the Court finds the comprehensive Report to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 88] is **ACCEPTED**.
2. Plaintiff's Motion to Tax Costs [ECF No. 76] is **GRANTED IN PART AND DENIED IN PART** as recommended
3. Plaintiff is entitled to recover taxable costs in the amount of $784.19 [ECF No. 88 p. 9].

CASE NO. 23-80038-CIV-CANNON/Reinhart

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 30th day of August 2023.

                                                              _____
                                                             **AILEEN M. CANNON**
                                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record